# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: LACOST, ALAN R. | § Case No. 09-08833 |
| STELLMAN-LACOST, DENA L. | § |
| | § |
| Debtor(s) STELLMAN, DENA L. | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 11/12/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/29/2010            By:   /s/BRADLEY J. WALLER
                                                  Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: LACOST, ALAN R.           §    Case No. 09-08833
      STELLMAN-LACOST, DENA L.      §
                                                 §
Debtor(s) STELLMAN, DENA L.            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 7,504.23 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 7,504.23 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                  *Proposed Payment*
                              N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 1,500.42 | $ 112.50 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                          *Fees*                   *Expenses*

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                      *Allowed Amt. of Claim*   *Proposed Payment*
N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,708.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.6 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | Chase Bank USA NA | $ 778.21 | $ 90.41 |
| 3 | Chase Bank USA NA | $ 2,338.98 | $ 271.74 |
| 4 | Chase Bank USA NA | $ 3,467.72 | $ 402.88 |
| 5 | Chase Bank USA NA | $ 8,599.41 | $ 999.08 |
| 6 | Chase Bank USA NA | $ 6,295.96 | $ 731.47 |
| 7 | American Express Bank FSB | $ 3,086.78 | $ 358.62 |
| 8 | U.S. Bank N.A. | $ 246.65 | $ 28.66 |
| 9 | American Express Centurion Bank | $ 4,440.57 | $ 515.91 |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 11,679.84 | $ 1,356.97 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 9,774.18 | $ 1,135.57 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BRADLEY J. WALLER

Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: evelyng              Page 1 of 1               Date Rcvd: Mar 18, 2009
Case: 09-08833                 Form ID: b9a               Total Served: 36
```

The following entities were served by first class mail on Mar 20, 2009.
```
db/jdb     +Alan R. Lacost,   Dena L. Stellman-Lacost,   137 Linden Drive,    Oswego, IL 60543-2001
aty        +Jay L Dahl,   Law Offices of Jay L. Dahl LTD.,    P. O. Box 187,    Geneva, IL 60134-0187
tr         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
             Sycamore, IL 60178-3140
13649966    APLM, Ltd.,   PO Box 8660,   Saint Louis, MO 63126-0660
13649968   +ATG Credit, LLC,   PO Box 14895,   Chicago, IL 60614-0895
13649967   +Argent Healthcare Financial Service,    7650 Magna Drive,    Belleville, IL 62223-3366
13649969    Bk Of Amer,   4060 Ogletown/Stan,   Newark, DE 19713
13649970   +Cap One,   Pob 30281,   Salt Lake City, UT 84130-0281
13649973   +Citifinancia,   Po Box 22065,   Tempe, AZ 85285-2065
13649974   +Countrywide,   450 American St,   Simi Valley, CA 93065-6285
13649975   +Diversified Services Group,    5800 E. Thomas Rd., Ste. 107,    Scottsdale, AZ 85251-7510
13649976    Edward Hospital,   P.O. Box 4207,   Carol Stream, IL 60197-4207
13649977   +Emergency Treatment, S.C.,    900 Jorie Blvd., Ste 220,    Oak Brook, IL 60523-3846
13649978   +Frd Motor Cr,   Pob 542000,   Omaha, NE 68154-8000
13649979    Geneva Eye Clinic,   302 Randall Road, Suite 10,    Geneva, IL 60134-4209
13649980   +Health South,   2120 Sarno Road,   Melbourne, FL 32935-3084
13649982   +Jerry M. Salzberg,   Attorney at Law,    3949 N. Pulaski Rd.,    Chicago, IL 60641-2932
13649983   +Jvdb Asc,   P O Box 5718,   Elgin, IL 60121-5718
13649985    Meadows Dental Group, Ltd.,    4949 Euclid Avenue, Suite A,    Palatine, IL 60067-7212
13649986   +Med Busi Bur,   1460 Renaissance D,   Park Ridge, IL 60068-1331
13649987   +Merchants Cr,   223 W Jackson St,   Chicago, IL 60606-6993
13649988   +Naperville Radiologists, SC,    6910 S. madison Street,    Willowbrook, IL 60527-5577
13649989    Premiere,   2002 Wesley,   Indianapolis, IN 46219
13649990   +Premiere Credit of No. America,    Department 716,    PO Box 4115,    Concord, CA 94524-4115
13649991   +Rush Copley Medical Center,    2000 Ogden Ave.,    Aurora, IL 60504-5893
13649992   +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
13649994  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court:  Us Bank,    Po Box 5227,    Cincinnati, OH 45201)
13649993   +Us Bank,   425 Walnut Street,   Cincinnati, OH 45202-3937
13649995    Valley Imaging Consultants, LLC,    6910 S. Madison Street,    Willowbrook, IL 60527-5504
```

The following entities were served by electronic transmission on Mar 19, 2009.
```
13649964    EDI: BANKAMER.COM Mar 18 2009 22:53:00      AAA Financial Services,    PO Box 15026,
             Wilmington, DE 19850-5026
13649965   +EDI: AMEREXPR.COM Mar 18 2009 22:53:00      Amex,    P.O. Box 981537,    El Paso, TX 79998-1537
13649971    EDI: CHASE.COM Mar 18 2009 22:53:00      Chase,    Bank One Card Serv,    Westerville, OH 43081
13649972   +EDI: CHASE.COM Mar 18 2009 22:53:00      Chase,    800 Brooksedge Blv,    Westerville, OH 43081-2822
13649981   +EDI: HFC.COM Mar 18 2009 22:53:00      Hsbc/Bstby,    Pob 15521,    Wilmington, DE 19850-5521
13649984   +E-mail/Text: tjordan@mcscol.com                             MCS Collections, Inc.,
             725 S. Wells Street, Suite 501,   Chicago, IL 60607-4516
13649994    EDI: USBANKARS.COM Mar 18 2009 22:58:00      Us Bank,    Po Box 5227,    Cincinnati, OH 45201
13649996   +EDI: CHASE.COM Mar 18 2009 22:53:00      Washmtl/Prov,    Po Box 9180,    Pleasanton, CA 94566-9180
                                                                                              TOTAL: 8
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2009                    Signature:    *Joseph Speetjens*